David Kaminski (SBN:128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
USCB, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BURBANO, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| USCB, INC. | |
| Defendant. | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant USCB, INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

## INTRODUCTION

1. Defendant is USCB, INC. ("Defendant"); Plaintiff is CHRISTOPHER BURBANO ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on December 29, 2016 in the Superior Court of California, County of Los Angeles,

Case No. 16K15871. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On January 4, 2017, the Summons and Complaint was served upon Defendant.

4. As service was deemed complete on January 4, 2017, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6.  See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## A.  BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Claim involves a federal question.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).  This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.)("FDCPA") and the Telephone Consumer Protection Act (47 U.S.C. §227, *et seq.*)("TCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B.  JURY DEMAND

8. Defendant demands a jury trial.

///

///

///

## C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the FDCPA and TCPA.

DATED: February 2, 2017   CARLSON & MESSER LLP

           By: /s/ Tamar Gabriel
             David J. Kaminski
             Tamar Gabriel
             Attorneys for Defendant,
             USCB, INC.